**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE WALKER D. MILLER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks       Date: March 8, 2007
Court Reporter: Kyra Spitler                Time: 29 minutes
Probation Officer: Dee Clark                Interpreter: n/a

**CASE NO.  06-CR-00277-WDM**

Parties                                     Counsel

**UNITED STATES OF AMERICA,**               Joseph Allen

      Plaintiff,

vs.

**MAO LO**                                  M. David Lindsey


      Defendants.

**SENTENCING**

**2:10 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and on bond.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Statement by the Court regarding defendant's offense level, criminal history level and

sentencing guidelines range.

Page Two
06-CR-00227-WDM
March 8, 2007

Comments by Mr. Allen in support of Government's Motion for Downward Departure.

Mr. Lindsey addresses sentencing.

Defendant addresses the Court.

Comments by Mr. Allen and Ms. Clark.

Court states its findings and conclusions for the record.

**ORDERED:** Government's Motion for Downward Departure is **GRANTED.**

Defendant entered her plea on **December 18, 2006** to count **One of the Indictment.**

**ORDERED:** Defendant's plea of guilty is **ACCEPTED.**

**TOTAL OFFENSE LEVEL:**         24
**CRIMINAL HISTORY CATEGORY:**   I

**RECOMMENDATION OF THE PROBATION OFFICER IS AS FOLLOWS:**

|  | Guideline Provision | Recommended Sentence |
|---|---|---|
| **Custody** | 48 months (Statutory maximum) | 48 months (absent motion for downward departure) |
| **Supervised Release** | 1 year | 1 year |
| **Probation** | Not eligible | Not recommended |
| **Fine** | $10,000 to $100,000 | Not recommended |
| **Special Assessment** | $100 | $100 |
| **Restitution** | | |

Restitution is not an issue in this case.

Page Two
06-CR-00277-WDM
March 8, 2007

### Community Service
Community service is not recommended.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **one** month.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **one** year.

**ORDERED: Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because defendant has not shown any evidence of drug use.

**ORDERED: Special Condition** of Supervised Release that:
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- (**X**) Defendant shall participate in a program of testing and treatment for drug and alcohol abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.
- (**X**) Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement

of the term of supervised release.

Page Three
06-CR-00277-WDM
March 8, 2007

|  |  |  |
|---|---|---|

(**X**)   Defendant shall be placed on home detention for a period of **eleven** months, to commence within **21** days of release from imprisonment. During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer. The defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, or cordless telephones for the above period. The defendant shall wear an electronic device and shall observe the rules specified by the Probation Department. The defendant will be required to pay the cost of electronic monitoring as directed by the probation officer.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Costs of imprisonment and supervised release are WAIVED.

**ORDERED:** Defendant may surrender voluntarily as follows: Report to the designated institution on or before **noon on April 9, 2007.**

**ORDERED:** Government's Motion for Acceptance of Responsibility is **GRANTED.**

**ORDERED:** Government's Motion to Dismiss the Indictment is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**2:39 p.m.    COURT IN RECESS**

**Total in court time:        29 minutes**

**Hearing concluded**