IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00277-WDM-03

UNITED STATES OF AMERICA,

    Plaintiff,

v

3.    MAO LO,

    Defendant.

---

ORDER DISMISSING COUNT ONE OF THE ORIGINAL INDICTMENT

---

Upon the motion of the United States of America and for good cause shown, it is

*ORDERED* that Count One of the Original Indictment as that count relates to Defendant Mao Lo in the above-captioned case is hereby dismissed.

DATED this _____ day of March, 2007.

BY THE COURT:

HONORABLE WALKER D. MILLER
UNITED STATES DISTRICT JUDGE
DISTRICT OF COLORADO